**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-02006-LTB-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
       Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a Xcel Energy, Inc.,
       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       The Amendment and/or Motion to Clarify Initial Pleading (Doc 12 - filed May 20, 2005) is GRANTED.

Dated:  January 27, 2006
_____