**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-02006-LTB-OES

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a Xcel Energy, Inc.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     The Stipulated Motion to Vacate Trial Date (Doc 62 - filed March 13, 2006) is **GRANTED**.  The trial set **July 31, 2006 is VACATED**.  The trial preparation conference set **June 28, 2006 at 8:00 a.m. is converted to a status hearing**.

Dated:  March 14, 2006
_____